JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:21-cv-00101-ODW (Bk Case No. 1:18-bk-13024-VK) | Date | April 2, 2021 |
| Title | *In re Debtor Kenneth Scott* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**  **In Chambers**

Pursuant to Appellant's Request for Dismissal of Appeal (ECF No. 8) and Federal Rule of Bankruptcy Procedure Rule 8023, **IT IS HEREBY ORDERED** that:

1. The appeal is **DISMISSED**, and

2. All dates and deadlines in this action are **VACATED**.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE